IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDEPENDENTWRESTLING.TV, LLC, | : : : | |
| Plaintiff, | : : : | |
| v. | : : : | NO. 21-cv-01139 |
| GAME CHANGER WRESTLING, LLC, | : : : : | JUDGE SAPORITO |
| Defendant. | : | ELECTRONICALLY FILED |

## AGREED MOTION BY SAMUEL STEINBOCK-PRATT TO WITHDRAW AS COUNSEL FOR DEFENDANT GAME CHANGER WRESTLING, LLC

Pursuant to Local Rule 83.15, Samuel Steinbock-Pratt, counsel for Defendant Game Changer Wrestling, LLC ("Game Changer"), hereby moves to withdraw as counsel and, in support thereof, avers as follows:

1. I am affiliated with the firm Gelber & Santillo PLLC, which represents Game Changer in this action.

2. On November 4, 2021, local counsel John B. Dempsey filed a petition for special admission on my behalf, ECF No. 15. This Court approved the petition on November 8, 2021. *See* ECF No. 17.

1

3. My employment with Gelber & Santillo PLLC will terminate as of December 10, 2021. Accordingly, I ask that I be permitted to withdraw as counsel for Game Changer.

4. R. Zachary Gelber, also counsel for Game Changer, has consulted with a representative of Game Changer and confirmed that it does not object to my withdrawal.

5. Game Changer will continue to be represented by John B. Dempsey and R. Zachary Gelber. My withdrawal will not delay the litigation of this action.

6. Counsel for Plaintiff, Lars Anderson, Esquire, does not object to the relief sought by this motion.

7. Because the parties concur in this request, submit the same as an Agreed Motion, and set forth the reasons for the request in the body of the Agreed Motion, no supporting brief is required pursuant to Middle District Local Rule 7.5.

WHEREFORE, I respectfully request that I be permitted to withdraw as counsel to Defendant Game Changer Wrestling, LLC.

        Respectfully submitted,

        /s/ Samuel Steinbock-Pratt
        Samuel Steinbock-Pratt
        spratt@gelbersantillo.com
        (*admitted pro hac vice*)
        Gelber & Santillo PLLC
        347 West 36th Street, Suite 805
        New York, NY 10018
        (212) 227-4743

        *Attorney for Defendant*

Dated: December 8, 2021

## CERTIFICATE OF CONCURRENCE

I, Samuel Steinbock-Pratt, hereby certify that I sought the concurrence of counsel for IndependentWrestling.TV, LLC, Lars Anderson, Esquire, in this Motion. Mr. Anderson does not object to the relief sought by this Motion.

/s/ Samuel Steinbock-Pratt
Samuel Steinbock-Pratt

Date: December 8, 2021

## **CERTIFICATE OF SERVICE**

I, Samuel Steinbock-Pratt, hereby certify that a true and correct copy of Game Changer Wrestling, LLC's Agreed Motion By Samuel Steinbock-Pratt To Withdraw As Counsel was served upon the following counsel of record via the Court's ECF system, on this 8th day of December 2021:

>Lars H. Anderson, Esquire
>Hourigan, Kluger & Quinn, P.C.
>600 Third Avenue
>Kingston, PA 18704
>landerson@hkqlaw.com

>/s/ Samuel Steinbock-Pratt
>Samuel Steinbock-Pratt